Fill in this information to identify the case:

Debtor name: **CandE Hoffman Holdings Inc.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express Platinum**<br>**Att: Current Officer**<br>**P.O. Box 981535**<br>**El Paso, TX 79998** | **1-800-492-3344** | **Credit Card** | | | | **$16,028.22** |
| **AO Smith**<br>**Att: Current Officer**<br>**11270 W Park Pl #170**<br>**Milwaukee, WI 53224** | **contactus@hotwater.com**<br>**414-359-4000** | **Installation of water heater** | **Contingent Disputed** | | | **$4,500.00** |
| **Associated Bank N.A.**<br>**Att: Randall Erickson**<br>**111 E. Kilbourn Ave.**<br>**Milwaukee, WI 53202** | **wecare@associatedbank.com.**<br>**414-278-1900** | **Credit Card** | | | | **$24,409.23** |
| **Blue Vine Inc.**<br>**Att: Current Officer**<br>**30 Montgomery St., Suite 1400**<br>**Jersey City, NJ 07302** | **www.bluevine.com**<br>**646-917-7994** | | | **$2,995.62** | **$0.00** | **Unknown** |
| **Capital One**<br>**Att: Current Officer**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272** | **1-877-383-4802** | | | | | **$18,664.52** |
| **Chase Bank**<br>**Attn: CEO Jamie Dimon**<br>**P.O. Box 6294**<br>**Carol Stream, IL 60197** | **1-800-935-9935** | | | | | **$69,600.00** |
| **Doug Miller**<br>**426 Clover St.**<br>**Elkhorn, WI 53121** | **262-203-0042**<br>**Mllr68@yahoo.com** | **Note payable - Purchase three salons** | | | | **$9,777.40** |

| Debtor | CandE Hoffman Holdings Inc. | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **First Data Merchant Services**<br>Att: Current Officer<br>1600 Terrell Mill Rd., Suite 400<br>Marietta, GA 30067 | 866-382-8643 | | Disputed | Unknown | $0.00 | $0.00 |
| **Ilinois Department of Revenue**<br>Att: U.S. Attorney's office<br>219 S Dearborn St., Ste. 500<br>Chicago, IL 60604 | USAILN.InternetWebmaster@usdoj.gov<br>312-353-5300 | Sales Taxes | | | | $1,460.53 |
| **Internal Revenue Service**<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19114 | salesuse.tax@state.mn.us<br>800-973-0424 | | | | | $0.00 |
| **Michael Best & Friedrich LLP**<br>Att: Current Officer<br>790 N Water St. STE. 2500<br>Milwaukee, WI 53202 | EHRumbaugh@michaelbest.com<br>414-271-6560 | | | | | $4,665.00 |
| **Minnesota Department of Revenue**<br>Att: Collections Division<br>P.O. Box 64564<br>Saint Paul, MN 55164 | 651-556-3000 | Sales Tax | | | | $1,460.53 |
| **Rapid Finance LOC**<br>Att: Current Officer<br>4500 E. West Highway, 6th FL<br>Bethesda, MD 20814 | customerservice@rapidfinance.com<br>866-224-1162 | | Disputed | $49,190.18 | $0.00 | Unknown |
| **Rise Alliance**<br>Att: Current Officer<br>22 W. 38th St.<br>New York, NY 10018 | 646-917-7994 | | | | | $6,000.00 |
| **Synergi Partners, Inc.**<br>Att: Current Officer<br>P.O. Box 5599<br>Florence, SC 29502 | info@synergipartners.com<br>877-791-4473 | | | | | $17,529.44 |

| Debtor | CandE Hoffman Holdings Inc. | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wisconsin Department of Revenue Attn: Bankrutpcy Notice Dept 819 N. 6th Street, #408 Milwaukee, WI 53203** | **DORIncome@wisconsin.gov 414-227-4000** | | | | | **$0.00** |